|   |   |
|---|---|
| 1 | GEORGE G. WEICKHARDT (SBN 58586) |
|   | WENDY C. KROG (SBN 257010) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY |
|   | 150 Spear Street, Suite 850 |
| 3 | San Francisco, CA  94105 |
|   | Telephone:      (415) 543-4800 |
| 4 | Facsimile:       (415) 972-6301 |
|   | Email:            gweickhardt@rmkb.com |
| 5 |                         wkrog@rmkb.com |

Attorneys for Defendant, CHASE BANK USA, N.A., a National Banking Association (sued herein incorrectly as J.P. Morgan Chase National Corporate Services, Inc.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| FRED J. PETERS and MARY ANN PETERS, Individuals; | Case No.  EDCV-13-1104 PSG(OPx) |
|---|---|
|          Plaintiff, | [PROPOSED] ORDER |
| v. |   |
| BANK OF AMERICA CORPORATION, is a Corporation, J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a business entity, form unknown; WEX, INC., formerly known as WRIGHT EXPRESS, a business entity, form unknown; and DOES 1-25, Inclusive, |   |
|          Defendants. |   |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/21/14                                   _____

                                                          OSWALD PARADA
                                                          United States District/Magistrate Judge

RC1/7339650.1/DJ2                              -1-                                    [PROPOSED] ORDER